OFFICIAL FORM 7

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ÓßÏÏßÝØËÏÜÏÏÏ

In re Labranche, Arnel P.
    dba Metro PCS & Wireless

        Debtor(s)

Chapter 11
Bankruptcy No. 10-

## DECLARATION RE: ELECTRONIC FILING

## PART I- DECLARATION

I [We]_____ Labranche, Arnel P. _____ and _____
_____, hereby declare(s) under penalty of perjury that
all of the information contained in my _____ Chapter 11 _____ (singly or jointly the
"Document"), filed electronically, is true and correct. I understand that this DECLARATION is to
be filed with the Clerk of Court electronically concurrently with the electronic filing of the
Document. I understand that failure to file this DECLARATION may cause the Document to be
struck and any request contained or relying thereon to be denied, without further notice.

    I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule
(MEFR) 7( b), all paper documents containing original signatures executed under the penalties
of perjury and filed electronically with the Court are the property of the bankruptcy estate and
shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years
after the closing of this case.

Dated:

        /s/ Labranche, Arnel P.
           (Affiant)

           (Joint Affiant)

## PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

    I certify that the affiant(s) signed this form before I submitted the Document, I gave the
affiant(s) a copy of the Document and this DECLARATION, and I have followed all other
electronic filing requirements currently established by local rule and standing order. This
DECLARATION is based on all information of which I have knowledge and my signature below
constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and
will comply with the provisions of MEFR 7.

Dated:

Signed: /s/ Robert Osol
        Attorney for Affiant
        Robert Osol           Bar #: 380625
        Melia & Osol
        16 Harvard Street
        Worcester, MA  01609-2892
        (508)753-5552   Fax:  (508)798-4040

Official Form 1 (1/08)

**United States Bankruptcy Court**
**DISTRICT OF** *MASSACHUSETTS*

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Labranche, Arnel P.* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*dba Metro PCS & Wireless* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *5605* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*722 Hyde Park Avenue*<br>*Roslindale MA*<br><br>ZIPCODE *02131* | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: *Suffolk* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *NOT APPLICABLE* | ZIPCODE |

| **Type of Debtor** (Form of organization)<br><br>(Check one box.)<br><br>☒ Individual (includes Joint Debtors)<br>  *See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below) | **Nature of Business**<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br><br>☐ Chapter 7        ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11      ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
|---|---|---|
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box)<br>☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"    ☐ Debts are primarily business debts.<br><br>**Chapter 11 Debtors:**<br>Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>– – – – – – – – – – – – – – – – – – – – – – – – –<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Filing Fee** (Check one box)<br><br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | |
|---|---|

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Official Form 1 (1/08)

FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Labranche, Arnel P.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).

X */s/ Robert Osol*      01/26/2010
Signature of Attorney for Debtor(s)      Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)

FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Labranche, Arnel P. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Labranche, Arnel P.
Signature of Debtor

X
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

01/26/2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed name of Foreign Representative)

01/26/2010
(Date)

### Signature of Attorney*

X /s/ Robert Osol
Signature of Attorney for Debtor(s)

Robert Osol 380625
Printed Name of Attorney for Debtor(s)

Melia & Osol
Firm Name

16 Harvard Street
Address

Worcester MA   01609-2892

(508) 753-5552
Telephone Number

01/26/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

01/26/2010
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

In re *Labranche, Arnel P.*                                              Case No. *10-*
                                                                         Chapter  *11*

_____
                           Debtor(s)


# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☒    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

*I have not been able to complete the course because I did not have my financial papers in order in time for the filing.*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐    4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor:    */s/ Labranche, Arnel P.*

Date:    *01/26/2010*

B 201 (12/08)

## UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. **Services Available from Credit Counseling Agencies**

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

#### **Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

      1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

      2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

      3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

      Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

      Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

      A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

      I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

X /s/ Robert Osol                                                                    01/26/2010

Robert Osol                         Bar #: 380625          Date
Melia & Osol
16 Harvard Street
Worcester , MA  01609-2892
(508)753-5552      Fax:   (508)798-4040

### Certificate of the Debtor

      I (We), the debtor(s), affirm that I (we) have received and read this notice.

Labranche, Arnel P.                                         X /s/ Labranche, Arnel P.         01/26/2010
Printed Name(s) of Debtor(s)                                Signature of Debtor               Date

Case No. (if known) 10-                                     X                                 01/26/2010
                                                           Signature of Joint Debtor (if any)  Date

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

In re   *Labranche, Arnel P.*
        *dba Metro PCS & Wireless*

Case No. *10-*
Chapter *11*

_____ / Debtor

Attorney for Debtor:   *Robert Osol*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *hourly*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *0.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3. $ ____*1,039.00*____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *01/26/2010*           Respectfully submitted,

                             X */s/ Robert Osol*
Attorney for Petitioner: *Robert Osol*
                         *Melia & Osol*
                         *16 Harvard Street*
                         *Worcester MA   01609-2892*

                         *(508) 753-5552*

## LEGAL SERVICES-FEE AGREEMENT

I, *Arnel LaBranche of 722 Hyde Park Ave., Roslindale, MA 02124*, hereinafter referred to as "the Client", hereby agrees to retain the firm of **MELIA & OSOL**, 16 Harvard Street, Worcester, Ma 01609, hereinafter referred to as the "Firm", in connection with: *Chapter 11 Bankruptcy representation which includes but is not limited to dischargebility issues, audits, motions for relief from automatic stay, conversions, post and pre confirmation plan modifications or prepare, file and serve necessary motions to buy, sell or refinance real property.*

1) It is agreed that the Client will pay the Firm the hour rates are as follows:

   (a) Senior Attorney           $ 300.00/hour
   (b) Associate Attorney        $ 300.00/hour
   (c) Paralegal                 $ 100.00/hour

2) It is understood and agreed that the final bill to be rendered by the Firm shall, in addition to reflecting the time expended, take into account the factors prescribed by the Supreme Judicial Court to be considered as guides when determining the reasonableness of fees for legal services, including the following:

   (a) The time and labor required, the novelty and difficulty of the questions involved and the skill requisite to perform the legal services properly;
   (b) The fee customarily charged in the locality for similar legal services;
   (c) The amount involved and the results obtained;
   (d) The time limitations imposed by the client or by the circumstances;
   (e) The nature and length of the professional relationship with the client; and
   (f) The experience, reputation, and ability of the lawyer of lawyers performing the services.

3) Interim billings may be submitted to the Client from time to time. In the event the time charges of the Firm exceed the initial retainer; all interim billings shall be due and payable upon receipt (unless otherwise agreed to in writing that payment (in whole or in part) may be deferred or other special arrangements made for a specified period of time). Interest at the rate of 1-1/2 % per month will be charged on all balances not paid within the thirty (30) days of billing. Failure to pay interim billings promptly will permit the Firm, after notice to the Client; to terminate its representation of the Client and Client shall compensate Firm for all services rendered and costs incurred in connection with this matter through final billing. It is understood that the hourly time charges include, but are not limited to: court appearances, telephone conferences, office conferences, legal research, depositions, review of file materials and documents sent or received, preparation for trials, hearings and conferences, drafting of pleadings or instruments, correspondence and office memoranda.

4) The client agrees to assume and pay for all out-of-pocket disbursements incurred in connection with these matters (e.g. filing fees, witness fees, travel, sheriff's and constable's fees, expenses of depositions, investigative expenses and other incidental expenses); and the Firm agrees to obtain the Client's prior approval before incurring any disbursements in excess of $500.00.

5) The Firm and Client both agree that there is no term minimum or maximum, but that the Firm/Client relationship is at will.

We, the Client and Firm, have read the above Fee Agreement on this 7th day of January 2010, and understand its terms and both have signed it as their free act and deed.

_Arnel LaBranche_                        MÉLIA & OSOL

Retainer Received by Check: $3,000.00
Filing Fee paid:                $1,100.00
TOTAL Received 1/7/2010   **$4,100.00**

FORM B6A (Official Form 6A) (12/07)

In re _Labranche, Arnel P._ _____,    Case No. _10-_ _____
Debtor(s)    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 36 Fessenden St., Mattapan, MA 02136<br>3-FAMILY RESIDENTIAL<br>Suffolk County Registry of Deeds<br>DEED: 8/16/2001 $25874/1<br>MTG1: 9/15/2005 38048/303<br>7.5% 30 Year Pay Option ARM<br>$1,995.00 / month<br>Taxes: $3,840.80 per year<br>ARREARS: $12,931.00<br>HELOC: 11/9/2005 38452/250<br>9.00%<br>Homeowners per year: $1,919.00<br>Policy in file | Individually | | $ 227,799.00 | $ 227,799.00 |
| 625 Morton St., Mattapan, MA 02126<br>3-FAMILY RESIDENTIAL<br>Suffolk County Registry of Deeds<br>LAND COURT<br>DEED: 10/26/2004 CERT 121361 DOC 690591<br>MTG1: 8/27/2007 CERT 121361 DOC 741878<br>ASSN: 4/17/2009 CERT 121361 DOC 763887<br>30 year 9.99% ARM<br>P&I:$3926.02<br>Escrow:$869.27<br>ARREARS:$65,000.00<br>Complaint: 10/20/2009 CERT 121361 DOC 770717<br>MTG2: 1/4/2007 CERT 121361 DOC 731245 | | | $ 220,740.00 | $ 220,740.00 |

___2___    continuation sheets attached

FORM B6A (Official Form 6A) (12/07)

In re *Labranche, Arnel P.* _____,   Case No. *10-*_____
        Debtor(s)                                                        (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *In Full by 6/3/2007*<br>*Homeowners per Year: $2,813.00*<br>*Policy in File*<br><br>*722 Hyde Park Ave., Roslindale, MA 02131*<br>*2-FAMILY RESIDENTIAL*<br>*Suffolk County Registry of Deeds*<br>*DEED: 11/16/1999 24413/220*<br>*MTG1: 9/27/2004 35553/50*<br>*30 year ARM 6%*<br>*P&I:$2,529.62 Escrow: $578.15*<br>*ARREARS: $60,938.91*<br>*ARREARS Escrow:$10,984.85*<br>*Homeowners per year: $1,537.00*<br>*Policy in File* | | | $ 268,357.00 | $ 268,357.00 |
| *253 Highland St., Roxbury, MA 02119*<br>*3-FAMILY RESIDENTIAL*<br>*Suffolk County Registry of Deeds*<br>*DEED: 12/28/1989 16029/296*<br>*MTG1: 9/22/2006 40421/75*<br>*7.5% FIXED*<br>*P&I: $2,644.00 Escrow: $287.69*<br>*ARREARS: $0.00*<br>*Homeowners per year: $1,823.00*<br>*Policy in file* | *Individually* | | $ 219,186.00 | $ 219,186.00 |
| *10 Westminster Ave., Roxbury, MA 02119*<br>*Suffolk County Registry of Deeds*<br>*DEED: 11/3/2006 40697/104*<br>*Master DEED to Trust: 1/22/2008 42997/233*<br>*TRUST: 1/22/2008 42997/245*<br>   *UNIT ONE*<br>      *Taxes: $2,782.30 per year*<br>       *MTG: 1/22/2008 42997/264*<br>        *ASSN: 1/22/2008 42997/275*<br>   *UNIT TWO*<br>      *Taxes:$2,782.30 per year* | *As Trustees of* | | $ 326,190.00 | $ 326,190.00 |

Sheet No. __1__ of __2__ continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re _Labranche, Arnel P._ _____ ,     Case No. _10-_ _____

             Debtor(s)                                            (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *MTG: 1/22/2008 42997/281*<br>*CONF MTG:3/6/2008 43210/91*<br>*ASSN: 1/22/2008 42997/292*<br>*CONF ASSN: 3/6/2008 43210/102*<br>*UNIT 3*<br>   *Taxes: $2,782.30 per year*<br>   *MTG: 1/22/2008 42997/298*<br>   *ASSN:1/22/2008 42997/309*<br>   *PART ASSN: 2/7/2008 43077/125*<br>   *PART ASSN: 2/7/2008 43077/127*<br>   *PART ASSN: 2/7/2008 43077/129*<br>   *MTG2: 1/22/2008 42997/315*<br>   *ASSN: 1/22/2008 42997/326*<br>*Homeowners per year: $3,861.00*<br>*Policy in File* | | | | |
| *19 Mora St., Dorchester, MA 02124*<br>*6-FAMILY RESIDENTIAL*<br>*Cyberhomes: $258,000.00*<br>*Suffolk County Registry of Deeds*<br>*DEED: 5/4/2004 34433/90*<br>*Mtg1: 5/4/2004 34433/91*<br>*P&I: $3,865.81 / month*<br>*Escrow: $458.42 / month*<br>*ARREARS: $0.00*<br>*Homeowners per Year: $3,744.00*<br>*Policy in File* | | | $ 258,000.00 | $ 258,000.00 |
| *251 Highland St., Roxbury, MA 02119*<br>*80-82 Marcella St., Roxbury, MA 02119*<br>*3-FAMILY RESIDENTIAL*<br>*Suffolk County Registry of Deeds*<br>*DEED: 11/4/2005 38419/68*<br>*MTG1:11/6/2006 40701/157*<br>*ASSN: 2/24/2009 4475/77*<br>*Complaint: 6/25/2009 45133/145*<br>*7.5% FIXED/ 30 year*<br>*P&I: $3,525.00 Taxes:$487.18*<br>*ARREARS: $45,820.71* | | | $ 281,972.00 | $ 281,972.00 |

Sheet No. __2__ of __2__ continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re _Labranche, Arnel P._ _____,    Case No._10-_ _____
          Debtor(s)                                                    (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _ARREARS Escrow: $6,643.14_ | | | | |
| | | | | |

Sheet No. _3_ of _2_ continuation sheets attached to Schedule of Real Property

**TOTAL $**    | 1,802,244.00 |

(Report also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re Labranche, Arnel P.                                                    , Case No. 10-
_____
                          **Debtor(s)**                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No. *1612* Creditor # : 1 BAC Home Loans Servicing, LP Bankruptcy Department P.O. Box 5170 Simi Valley CA 93062-5170 | H | 9/15/2005 Mortgage 36 Fessenden St., Mattapan Value: $ 227,799.00 | | | | $ 386,809.00 | $ 159,010.00 |
| Account No. Creditor # : 2 Becker Realty, Inc. Bankruptcy Department P.O. Box 70 Springerville AZ 85938 | H | 2/7/2008 Mortgage 1 10 Westminster Ave., Unit 3, Roxbury Partial Assign of 1st Mortgage Value: $ 326,190.00 | | | | $ 22,000.00 | $ 22,000.00 |
| Account No. *1163* Creditor # : 3 Chase Home Finance, LLC Bankruptcy Department PO Box 78116 Phoenix AZ 85062 | J | 10/2006 Mortgage 251 Highland St., Roxbury Value: $ 281,972.00 | | | | $ 386,944.00 | $ 104,972.00 |
| 2   continuation sheets attached | | | | Subtotal $ (Total of this page) | | $ 795,753.00 | $ 285,982.00 |
| | | | | Total $ (Use only on last page) | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)   - Cont.

In re Labranche, Arnel P. _____,   Case No. _10-_____
             **Debtor(s)**                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No. 0629<br>Creditor # : 4<br>CLC Consumer Services Co.<br>2730 Liberty Ave.<br>Pittsburgh PA 15222 | | H 11/9/2005<br>HELOC<br>36 Fessenden St., Mattapan<br><br>Value: $ 227,799.00 | | | | $ 140,250.00 | $ 140,250.00 |
| Account No:<br>Creditor # : 5<br>Dallas Lucas & William R Lucas and Gracie Becker<br>P.O. Box 906<br>Springerville AZ 85938 | | H 2/7/2008<br>Mortgage 1<br>10 Westminster Ave., Unit 3, Roxbury<br>Partial Assign of  1st Mortgage<br>Value: $ 326,190.00 | | | | $ 100,000.00 | $ 100,000.00 |
| Account No:<br>Creditor # : 6<br>Dallas Lucas & William R Lucas and Gracie Becker<br>P.O. Box 906<br>Springerville AZ 85938 | | H 2/7/2008<br>Mortgage 1<br>10 Westminster Ave., Unit 3, Roxbury<br>Partial Assign of 1st Mortgage<br>Value: $ 326,190.00 | | | | $ 30,000.00 | $ 30,000.00 |
| Account No:<br>Creditor # : 7<br>Dodge Financial, Inc.<br>Trustee of RNS 2008 Realty Tru<br>P.O. Box 7017<br>Laconia NH 03247 | | H 1/22/2008<br>Mortgage<br>10 Westminster Ave., UNIT 1, Roxbury<br><br>Value: $ 326,190.00 | | | | $ 217,000.00 | $ 107,810.00 |
| Account No: 2019<br>Creditor # : 8<br>Hyde Park Savings Bank<br>1196 River St.<br>Hyde Park MA 02136 | | H 5/4/2004<br>Mortgage<br>19 Mora St., Dorchester, MA<br>P&I:$3,865.81 Escrow:$458.42<br>Value: $ 258,000.00 | | | | $ 527,913.47 | $ 269,913.47 |
| Account No: 9756<br>Creditor # : 9<br>Ocwen Loan Servicing, LLC<br>Bankruptcy Department<br>PO Box 785053<br>Orlando FL 32878-5053 | | H 9/22/2006<br>Mortgage<br>253 Highland St., Roxbury<br><br>Value: $ 219,186.00 | | | | $ 460,853.00 | $ 241,667.00 |

Sheet no. 1   of   2   continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ (Total of this page)   $ 1,476,016.47   $ 889,640.47

Total $ (Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re Labranche, Arnel P. _____    Case No. 10-_____
   **Debtor(s)**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1163<br>Creditor # : 10<br>Ocwen Loan Servicing, LLC<br>Bankruptcy Department<br>PO Box 785053<br>Orlando FL 32878-5053 | H | 9/27/2004<br>Mortgage<br>722 Hyde Park Ave., Roslindale<br><br>Value: $ 268,357.00 | | | | $ 399,381.00 | $ 131,024.00 |
| Account No:<br>Creditor # : 11<br>Ronald H. Rainer dba Raly Asso<br>60 VFW Parkway<br>Revere MA 02151 | H | 1/4/2007<br>2nd Mortgage<br>625 Morton St., Mattapan<br>Paid in Full by 6/3/2007<br>Value: $ 220,740.00 | | | | $ 50,000.00 | $ 50,000.00 |
| Account No: 5096<br>Creditor # : 12<br>Saxon Mortgage Services<br>Bankruptcy Department<br>P.O. Box 161489<br>Fort Worth TX 76161-1489 | H | 8/27/2007<br>Mortgage<br>625 Morton St., Mattapan<br><br>Value: $ 220,740.00 | | | | $ 500,658.00 | $ 279,918.00 |
| Account No: 5096<br>Representing:<br>Saxon Mortgage Services | | Doonan, Graves, & Langoria LLC<br>100 Cummings Center, Ste. 213C<br>Beverly MA 01915<br><br>Value: | | | | | |
| Account No:<br>Creditor # : 13<br>Spruce Tree Mountain Assoc.<br>Bankruptcy Department<br>P.O. Box 462<br>Jackson NH 03846 | H | 3/6/2008<br>Mortgage<br>10 Westminster Ave., UNIT 2, Roxbury<br>Value: $ 326,190.00 | | | | $ 217,000.00 | $ 0.00 |
| Account No:<br>Creditor # : 14<br>Sretenka Sisic<br>3 Winter St., Apt 13<br>Tilton NH 03276 | H | 1/22/2008<br>2nd Mortgage<br>10 Westminster Ave., Unit 3, Roxbury<br>2nd Mortgage<br>Value: $ 326,190.00 | | | | $ 64,000.00 | $ 64,000.00 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ (Total of this page) : $ 1,231,039.00 | $ 524,942.00

Total $ (Use only on last page) : $ 3,502,808.47 | $ 1,700,564.47
(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (12/07)

In re _Labranche, Arnel P._ _____,        Case No. _10-_ _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_   **continuation sheets attached**

Official Form 6E (12/07) - Cont.

In re Labranche, Arnel P. _____ ,   Case No. 10-_____

**Debtor(s)**                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim / H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>Boston Water & Sewer Commissio<br>980 Harrison Ave.<br>P.O. Box 55466<br>Boston MA 02205-5466 | | 1/15/2010<br>Water/Sewer<br>722 Hyde Park Ave.,<br>Roslindale | | | | $ 731.42 | $ 731.42 | $ 0.00 |
| Account No:<br>Creditor # : 2<br>Boston Water & Sewer Commissio<br>980 Harrison Ave.<br>P.O. Box 55466<br>Boston MA 02205-5466 | | 1/15/2010<br>Water/Sewer<br>36 Fessenden St., Mattapan | | | | $ 1,590.36 | $ 1,590.36 | $ 0.00 |
| Account No:<br>Creditor # : 3<br>Boston Water & Sewer Commissio<br>980 Harrison Ave.<br>P.O. Box 55466<br>Boston MA 02205-5466 | | 12/19/2009<br>Water/Sewer<br>10 Westminster Ave., Roxbury | | | | $ 1,151.57 | $ 1,151.57 | $ 0.00 |
| Account No:<br>Creditor # : 4<br>Boston Water & Sewer Commissio<br>980 Harrison Ave.<br>P.O. Box 55466<br>Boston MA 02205-5466 | | 1/22/2010<br>Water/Sewer<br>625 Morton St., Mattapan | | | | $ 1,366.64 | $ 1,366.64 | $ 0.00 |
| Account No:<br>Creditor # : 5<br>Boston Water & Sewer Commissio<br>980 Harrison Ave.<br>P.O. Box 55466<br>Boston MA 02205-5466 | | 1/22/2010<br>Water/Sewer<br>80 Marcella/251 Highland,<br>Roxbury | | | | $ 1,199.84 | $ 1,199.84 | $ 0.00 |
| Account No:<br>Creditor # : 6<br>Boston Water & Sewer Commissio<br>980 Harrison Ave.<br>P.O. Box 55466<br>Boston MA 02205-5466 | | 2/3/2010<br>Water/Sewer<br>253 Highland St., Roxbury | | | | $ 894.35 | $ 894.35 | $ 0.00 |

Sheet No. _1_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

| | Subtotal $<br>(Total of this page) | 6,934.18 | 6,934.18 | 0.00 |
|---|---|---|---|---|
| | Total $<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| | Total $<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

Official Form 6E (12/07) - Cont.

In re _Labranche, Arnel P._ ,        Case No. _10-_
    **Debtor(s)**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor # : 7<br>Boston Water & Sewer Commissio<br>980 Harrison Ave.<br>P.O. Box 55466<br>Boston MA 02205-5466 | | 1/20/2010<br>Water/Sewer<br>19 Mora St., Dorchester | | | | | | $ 1,397.07 | $ 1,397.07 | $ 0.00 |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet No. _2_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| **Subtotal $**<br>(Total of this page) | | 1,397.07 | 1,397.07 | 0.00 |
| **Total $**<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | 8,331.25 | | |
| **Total $**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | 8,331.25 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _Labranche, Arnel P._____ ,          Case No. _10-_____
                 **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    7101<br>Creditor # : 1<br>American Express Co.<br>Bankruptcy Department<br>P.O. Box 297807<br>Fort Lauderdale FL 33329 | | | 6/2004<br>Revolving<br>closed | | | x | Unknown |
| Account No:    9219<br>Creditor # : 2<br>Bank of America<br>Bankruptcy Department<br>P.O. Box 22002<br>Greensboro NC 27420 | | | 3/2003<br>Revolving | | | x | $ 5,653.00 |
| Account No:    7176<br>Creditor # : 3<br>Chase Card Services<br>Bankruptcy Department<br>P.O. Box 15298<br>Wilmington DE 19886-5298 | | | 10/2007<br>Revolving | | | x | $ 515.00 |
| Account No:    0100<br>Creditor # : 4<br>Chase Card Services<br>Bankruptcy Department<br>P.O. Box 15298<br>Wilmington DE 19886-5298 | | | 2/1996<br>Revolving | | | x | $ 6,343.00 |

_2 continuation sheets attached_

Subtotal $    $ 12,511.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Labranche, Arnel P._____,   Case No. _10-_____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 6000<br>Creditor # : 5<br>Chase Card Services<br>Bankruptcy Department<br>P.O. Box 15298<br>Wilmington DE 19886-5298 | | | 11/2002<br>Revolving<br>closed | | | X | Unknown |
| Account No: 7613<br>Creditor # : 6<br>SEARS/CBSD<br>Bankruptcy Department<br>7920 NW 110th St.<br>Kansas City MO 64153 | | | 6/2001<br>Revolving<br>closed | | | X | Unknown |
| Account No: 0019<br>Creditor # : 7<br>GEMB/Bargain<br>Bankruptcy Department<br>PO Box 103104<br>Roswell GA 30076 | X | J | 5/2004<br><br>closed | | | X | Unknown |
| Account No: 0089<br>Creditor # : 8<br>HFC/HSBC<br>Bankruptcy Department<br>10 Wall St.<br>Burlington MA 01803 | | | 7/2004<br>Line of Credit<br>closed | | | X | $ 10,154.00 |
| Account No: 8227<br>Creditor # : 9<br>HFC/HSBC<br>Bankruptcy Department<br>10 Wall St.<br>Burlington MA 01803 | | | Line of Credit | | | X | $ 8,661.62 |
| Account No: 0025<br>Creditor # : 10<br>NSTAR Electric & Gas<br>800 Boylston St.<br>Boston MA 02199 | | | 1/18/2010<br>Utilities<br>10 Westminster Ave., Roxbury | | | | $ 333.78 |

Sheet No. __1__ of __2__ continuation sheets attached to Schedule of      Subtotal $      | $ 19,149.40

Creditors Holding Unsecured Nonpriority Claims      Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Labranche, Arnel P._____ ,   Case No. _10-_____
                  **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 0028<br>Creditor # : 11<br>NSTAR Electric & Gas<br>800 Boylston St.<br>Boston MA 02199 | | 8/24/2009<br>Utilities<br>251 Highland/80 Marcella St, Roxbury | | | | $ 674.18 |
| Account No: 2105<br>Creditor # : 12<br>NSTAR Electric & Gas<br>800 Boylston St.<br>Boston MA 02199 | | 1/31/2010<br>Utilities<br>722 Hyde Park Ave., Rolindale | | | | $ 435.49 |
| Account No: 1014<br>Creditor # : 13<br>NSTAR Electric & Gas<br>800 Boylston St.<br>Boston MA 02199 | | 1/2/2010<br>Utilities<br>19 Mora St., Dorchester, MA | | | X | $ 2,400.56 |
| Account No: 6698<br>Creditor # : 14<br>SPRINT<br>KSOPHJ0101-Z4300<br>6391 Sprint Parkway<br>Overland Park KS 66251-4300 | | Utilities<br>chg off | | | X | $ 645.00 |
| Account No: 6698<br>Representing:<br>SPRINT | | Collection Company of America<br>CCA<br>P.O. Box 296<br>Norwell MA 02061-0296 | | | | |
| Account No: 9591<br>Creditor # : 15<br>Verizon NW E<br>PO Box 165018<br>Columbus OH 43216 | | 6/2005<br>Utilities | | | X | Unknown |

Sheet No. _2_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ___$ 4,155.23___
Total $ ___$ 35,815.63___

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6G (Official Form 6G) (12/07)

In re _Labranche, Arnel P._ _____ / Debtor      Case No. _10-_

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address,<br>Including Zip Code, of<br>Other Parties to Lease<br>or Contract. | Description of Contract or Lease and<br>Nature of Debtor's Interest.<br>State whether Lease is for Nonresidential Real Property.<br>State Contract Number of any Government Contract. |
| --- | --- |
|  |  |

In re *Labranche, Arnel P.* _____ / Debtor    Case No. *10-* _____

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Miralie Labranche<br>722 Hyde Parke Ave.<br>Roslindale MA   02131 | GEMB/Bargain<br>Bankruptcy Department<br>PO Box 103104<br>Roswell GA   30076 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

In re *Labranche, Arnel P.*

Case No.  *10-*
Chapter   *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *4* | $ *1,802,244.00* | | |
| B-Personal Property | *Yes* | *3* | $ *9,130.18* | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *3* | | $ *3,502,808.47* | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule F) | *Yes* | *3* | | $ *8,331.25* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *3* | | $ *35,815.63* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $ *0.00* |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *2* | | | $ *1,803.63* |
| TOTAL | | *22* | $ *1,811,374.18* | $ *3,546,955.35* | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

In re *Labranche, Arnel P.*                                    Case No. *10-*
                                                               Chapter *11*

_____ / Debtor


## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *8,331.25* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *8,331.25* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *0.00* |
| Average Expenses (from Schedule J, Line 18) | $ *1,803.63* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *3,430.82* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *1,700,564.47* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *8,331.25* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *35,815.63* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *1,736,380.10* |

In re _Labranche, Arnel P._                            Case No. _10-_ _____
                Debtor                                            (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___23___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _01/26/10_ _____        Signature _/s/ Labranche, Arnel P._ _____
                                                   _Labranche, Arnel P._

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

In re   *Labranche, Arnel P.*                                   Case No.   *10-*
        *dba Metro PCS & Wireless*                              Chapter    *11*

_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with
Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come
within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such
that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one
of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's
parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §
112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Saxon Mortgage Services*<br>*Bankruptcy Department*<br>*P.O. Box 161489*<br>*Fort Worth TX  76161-1489* | Phone:<br>*Saxon Mortgage Services*<br>*Bankruptcy Department*<br>*P.O. Box 161489*<br>*Fort Worth TX  76161-1489* | *Mortgage*<br><br>*Value:*<br>*Net Unsecured:* | | $ 500,658.00<br><br>$ 220,740.00<br>$ 279,918.00 |
| 2<br>*Hyde Park Savings Bank*<br>*1196 River St.*<br>*Hyde Park MA  02136* | Phone:<br>*Hyde Park Savings Bank*<br>*1196 River St.*<br>*Hyde Park MA  02136* | *Mortgage*<br><br>*Value:*<br>*Net Unsecured:* | | $ 527,913.47<br><br>$ 258,000.00<br>$ 269,913.47 |
| 3<br>*Ocwen Loan Servicing, LLC*<br>*Bankruptcy Department*<br>*PO Box 785053*<br>*Orlando FL  32878-5053* | Phone:<br>*Ocwen Loan Servicing, LLC*<br>*Bankruptcy Department*<br>*PO Box 785053*<br>*Orlando FL  32878-5053* | *Mortgage*<br><br>*Value:*<br>*Net Unsecured:* | | $ 460,853.00<br><br>$ 219,186.00<br>$ 241,667.00 |
| 4<br>*BAC Home Loans Servicing, LP*<br>*Bankruptcy Department*<br>*P.O. Box 5170*<br>*Simi Valley CA  93062-5170* | Phone:<br>*Countrywide Home Loans*<br>*Bankruptcy Dept:   SV-314B*<br>*P.O. Box 5170*<br>*Simi Valley CA  93062* | *Mortgage*<br><br>*Value:*<br>*Net Unsecured:* | | $ 386,809.00<br><br>$ 227,799.00<br>$ 159,010.00 |
| 5<br>*CLC Consumer Services Co.*<br>*2730 Liberty Ave.*<br>*Pittsburgh PA  15222* | Phone:<br>*CLC Consumer Services Co.*<br>*2730 Liberty Ave.*<br>*Pittsburgh PA  15222* | *HELOC*<br><br>*\*Value:*<br>*Net Unsecured:*<br>*\*Prior Liens Exist* | | $ 140,250.00<br><br>$ 227,799.00<br>$ 140,250.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Ocwen Loan Servicing, LLC<br>Bankruptcy Department<br>PO Box 785053<br>Orlando FL  32878-5053 | Phone:<br>Ocwen Loan Servicing, LLC<br>Bankruptcy Department<br>PO Box 785053<br>Orlando FL  32878-5053 | Mortgage | Value:<br>Net Unsecured: | $ 399,381.00<br>$ 268,357.00<br>$ 131,024.00 |
| 7<br>Dodge Financial, Inc.<br>Trustee of RNS 2008 Realty Tru<br>P.O. Box 7017<br>Laconia NH  03247 | Phone:<br>Dodge Financial, Inc.<br>Trustee of RNS 2008 Realty Tru<br>P.O. Box 7017<br>Laconia NH  03247 | Mortgage | *Value:<br>Net Unsecured:<br>*Prior Liens Exist | $ 217,000.00<br>$ 326,190.00<br>$ 107,810.00 |
| 8<br>Chase Home Finance, LLC<br>Bankruptcy Department<br>PO Box 78116<br>Phoenix AZ  85062 | Phone:<br>Chase Home Finance, LLC<br>Bankruptcy Department<br>PO Box 78116<br>Phoenix AZ  85062 | Mortgage | Value:<br>Net Unsecured: | $ 386,944.00<br>$ 281,972.00<br>$ 104,972.00 |
| 9<br>Dallas Lucas & William R Lucas<br>and Gracie Becker<br>P.O. Box 906<br>Springerville AZ  85938 | Phone:<br>Dallas Lucas & William R Lucas<br>and Gracie Becker<br>P.O. Box 906<br>Springerville AZ  85938 | Mortgage 1 | *Value:<br>Net Unsecured:<br>*Prior Liens Exist | $ 100,000.00<br>$ 326,190.00<br>$ 100,000.00 |
| 10<br>Sretenka Sisic<br>3 Winter St., Apt 13<br>Tilton NH  03276 | Phone:<br>Sretenka Sisic<br>3 Winter St., Apt 13<br>Tilton NH  03276 | 2nd Mortgage | *Value:<br>Net Unsecured:<br>*Prior Liens Exist | $ 64,000.00<br>$ 326,190.00<br>$ 64,000.00 |
| 11<br>Ronald H. Rainer dba Raly Asso<br>60 VFW Parkway<br>Revere MA  02151 | Phone:<br>Ronald H. Rainer dba Raly Asso<br>60 VFW Parkway<br>Revere MA  02151 | 2nd Mortgage | *Value:<br>Net Unsecured:<br>*Prior Liens Exist | $ 50,000.00<br>$ 220,740.00<br>$ 50,000.00 |
| 12<br>Dallas Lucas & William R Lucas<br>and Gracie Becker<br>P.O. Box 906<br>Springerville AZ  85938 | Phone:<br>Dallas Lucas & William R Lucas<br>and Gracie Becker<br>P.O. Box 906<br>Springerville AZ  85938 | Mortgage 1 | *Value:<br>Net Unsecured:<br>*Prior Liens Exist | $ 30,000.00<br>$ 326,190.00<br>$ 30,000.00 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>Becker Realty, Inc.<br>Bankruptcy Department<br>P.O. Box 70<br>Springerville AZ 85938 | Phone:<br>Becker Realty, Inc.<br>Bankruptcy Department<br>P.O. Box 70<br>Springerville AZ 85938 | Mortgage 1<br><br>*Value:<br>Net Unsecured:<br>*Prior Liens Exist | | $ 22,000.00<br><br>$ 326,190.00<br>$ 22,000.00 |
| 14<br>HFC/HSBC<br>Bankruptcy Department<br>10 Wall St.<br>Burlington MA 01803 | Phone:<br>HFC/HSBC<br>Bankruptcy Department<br>10 Wall St.<br>Burlington MA 01803 | Line of Credit | D | $ 10,154.00 |
| 15<br>HFC/HSBC<br>Bankruptcy Department<br>10 Wall St.<br>Burlington MA 01803 | Phone:<br>HFC/HSBC<br>Bankruptcy Department<br>10 Wall St.<br>Burlington MA 01803 | Line of Credit | D | $ 8,661.62 |
| 16<br>Chase Card Services<br>Bankruptcy Department<br>P.O. Box 15298<br>Wilmington DE 19886-5298 | Phone:<br>Chase Card Services<br>Bankruptcy Department<br>P.O. Box 15298<br>Wilmington DE 19886-5298 | Revolving | D | $ 6,343.00 |
| 17<br>Bank of America<br>Bankruptcy Department<br>P.O. Box 22002<br>Greensboro NC 27420 | Phone:<br>Bank of America<br>Bankruptcy Department<br>P.O. Box 22002<br>Greensboro NC 27420 | Revolving | D | $ 5,653.00 |
| 18<br>NSTAR Electric & Gas<br>800 Boylston St.<br>Boston MA 02199 | Phone:<br>NSTAR Electric & Gas<br>800 Boylston St.<br>Boston MA 02199 | Utilities | D | $ 2,400.56 |
| 19<br>Boston Water & Sewer Commission<br>980 Harrison Ave.<br>P.O. Box 55466<br>Boston MA 02205-5466 | Phone:<br>Boston Water & Sewer Commission<br>980 Harrison Ave.<br>P.O. Box 55466<br>Boston MA 02205-5466 | Water/Sewer | | $ 1,590.36 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 20<br>Boston Water & Sewer Commissio<br>980 Harrison Ave.<br>P.O. Box 55466<br>Boston MA   02205-5466 | Phone:<br>Boston Water & Sewer Commissio<br>980 Harrison Ave.<br>P.O. Box 55466<br>Boston MA   02205-5466 | Water/Sewer | | $ 1,397.07 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, _____ , _____ of the *Individual Debtor* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *01/26/10*

Signature */s/ Labranche, Arnel P.*
Name:  *Labranche, Arnel P.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

In re *Labranche, Arnel P.*
    *dba Metro PCS & Wireless*

Case No. *10-*
Chapter *11*

_____ / Debtor

Attorney for Debtor: *Robert Osol*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| | *Debtor has no Equity Security Holders* | | |
| | | | |
| | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A INDIVIDUAL DEBTOR

I, _____, _____ of the *individual debtor* named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: *01/26/2010* _____

Signature: */s/* _____

Name: _____

Title: _____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

In re *Labranche, Arnel P.*
   *dba Metro PCS & Wireless*

Case No. *10-*
Chapter  *11*

_____ / Debtor

Attorney for Debtor:   *Robert Osol*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of ____*3*____ pages, is true, correct and complete to the best of my knowledge.

Date: *01/26/2010* _____

*/s/ Labranche, Arnel P.* _____
Debtor

*/s/ Robert Osol* _____
*Robert Osol*
*Attorney for the debtor(s)*
*16 Harvard Street*
*Worcester, MA  01609-2892*

American Express Co.
Bankruptcy Department
P.O. Box 297807
Fort Lauderdale, FL   3332

BAC Home Loans Servicing,
Bankruptcy Department
P.O. Box 5170
Simi Valley, CA   93062-51

Bank of America
Bankruptcy Department
P.O. Box 22002
Greensboro, NC   27420

Becker Realty, Inc.
Bankruptcy Department
P.O. Box 70
Springerville, AZ   85938

Boston Water & Sewer Comm
980 Harrison Ave.
P.O. Box 55466
Boston, MA   02205-5466

Chase Card Services
Bankruptcy Department
P.O. Box 15298
Wilmington, DE   19886-529

Chase Home Finance, LLC
Bankruptcy Department
PO Box 78116
Phoenix, AZ   85062

SEARS/CBSD
Bankruptcy Department
7920 NW 110th St.
Kansas City, MO   64153

CLC Consumer Services Co.
2730 Liberty Ave.
Pittsburgh, PA   15222

Collection Company of Ame
CCA
P.O. Box 296
Norwell, MA   02061-0296

Countrywide Home Loans
Bankruptcy Dept:   SV-314
P.O. Box 5170
Simi Valley, CA   93062

Dallas Lucas & William R
and Gracie Becker
P.O. Box 906
Springerville, AZ   85938

Dodge Financial, Inc.
Trustee of RNS 2008 Realt
P.O. Box 7017
Laconia, NH   03247

Doonan, Graves, & Langori
100 Cummings Center, Ste.
Beverly, MA   01915

GEMB/Bargain
Bankruptcy Department
PO Box 103104
Roswell, GA   30076

HFC/HSBC
Bankruptcy Department
10 Wall St.
Burlington, MA   01803

Hyde Park Savings Bank
1196 River St.
Hyde Park, MA   02136

Miralie Labranche
722 Hyde Parke Ave.
Roslindale, MA   02131

NSTAR Electric & Gas
800 Boylston St.
Boston, MA   02199

Ocwen Loan Servicing, LLC
Bankruptcy Department
PO Box 785053
Orlando, FL   32878-5053

Ronald H. Rainer dba Raly
60 VFW Parkway
Revere, MA   02151

Saxon Mortgage Services
Bankruptcy Department
P.O. Box 161489
Fort Worth, TX  76161-148

SPRINT
KSOPHJ0101-Z4300
6391 Sprint Parkway
Overland Park, KS  66251-

Spruce Tree Mountain Asso
Bankruptcy Department
P.O. Box 462
Jackson, NH  03846

Sretenka Sisic
3 Winter St., Apt 13
Tilton, NH  03276

Verizon NW E
PO Box 165018
Columbus, OH  43216

## UNITED STATES BANKRUPTCY COURT

In Re: Labranche, Arnel P. _____ , Debtor(s)
      dba Metro PCS & Wireless

Case No: 10- _____
Chapter: 11 _____

## STATEMENT OF NO EMPLOYMENT INCOME

*Check box if statement applies to debtor*   [✔]   Debtor, _____ Labranche, Amel P. _____ , is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

( ) Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

(✔) Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

*Check box if statement applies to joint-debtor*   [ ]   Joint-debtor, _____ , is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

( ) Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

( ) Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _____    Signature of Debtor: _____ /s/ Labranche, Arnel P. _____
                                                 Labranche, Amel P.

Date: _____    Signature of Joint-Debtor: _____

By: _____ /s/ Robert Osol _____
    *ATTORNEY SIGNATURE IF REPRESENTED BY COUNSEL*
    Robert Osol
    Melia & Osol
    16 Harvard Street

    Worcester , MA  01609-2892

Bar No.: 380625

Phone: (508)753-5552
Fax: (508)798-4040