## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

IN RE:

Arnel P. LaBranche
dba Metro PCS & Wireless

**Debtor**

CHAPTER 11
CASE NO. 10-10666

## MOTION FOR AUTHORIZATION FOR USE OF CASH AND NON-CASH COLLATERAL

Now comes Arnel P. Labranche (hereinafter LaBranche) as an individual and is the Debtor and Debtor-in-Possession (the "Debtor") in the above-mentioned case, and states as follows:

1. On January 26, 2010 (the "Petition Date"), the Debtor filed a petition under Chapter 11 of the Bankruptcy Code (the "Code)), 11 U.S.C. §§101 et seq., commencing the above-mentioned Chapter 11 case (the "Chapter 11 case").

2. Since the commencement of the Chapter 11 case, the Debtor is transitioning his business to a Debtor-in-Possession, pursuant to §1107 (a) of the code.

3. The Debtor is in the primary business of owning and operating real property and the activities incidental thereto.

4. The Debtor owns seven (7) parcels of real estate of which consists of twenty-two (22) rental units and one (1) owner occupied unit, see attached Exhibit A. The mortgages securing each of the properties is as set forth in the Schedules A and D filed with this court, and attached as Exhibit B.

5. The Debtor-in-Possession requests the use of the pre-petition cash and non-cash collateral in order to continue to operate the rental properties, to pay mortgages, insurance, utilities and related operating expenses as set forth in Exhibit C.

6. There is one (1) UCC-1 Filing Statement filed in connection to 19 Mora St., Dorchester, MA by Hyde Park Savings Bank, the mortgagor of record on the property, see Exhibit D. The Debtor's obligations under the Notes referred to in the Promissory Note are secured by a first priority security interest in certain of the Debtor's assets, as more particularly described in the Rider to the Financing Statement.

7. In the course of its operations, the Debtor-In-Possession requests the use of the pre-petition cash and non-cash collateral in order to continue to operate and manage the rental properties. In accordance with the requirements of 11 U.S.C. §363 (c)(4), the cash proceeds of the Debtor's operations will be segregated in a separate bank account until such time as the Debtor is authorized to utilize same.

8. The Debtor-In-Possession's spouse works full-time which sums are used for their general living expenses. The Debtor-in-Possession has no source of income other than the proceeds from the rents to pay the bills for the rental properties. If he is not permitted to use such proceeds, he will be unable to make payments to maintain the properties and insurance or other ordinary course payments. The Debtor-in-Possession requests a preliminary hearing, if necessary, on this Motion in order to make payments as they become due in the ordinary course of business as evidenced by Exhibit C. Authorization is required to prevent deterioration of the properties and to maintain insurance and other ordinary course obligations.

9. The Debtor-in-Possession does not have any employees and there is no payroll associated with the proceedings.

10. The Debtor-in-Possession's only employment is the maintenance and normal business transactions as a General Manager of the rental units. As a full-time position, the Debtor-in-Possession requests that this court allow a stipend of $600.00 per week in compensation for his position. Other employment is not feasible given the amount of hours and schedule of his duties as General Manager of the rental units.

11. The Debtor wishes to utilize cash collateral on a generalized property basis as set forth in Exhibit C, based on historical and projected expenses for the year with the proposed cram-down mortgage payments as set forth in Exhibit C.

12. The debtor will file separately the Detail of the Individual Chapter 11 Plan which contains a liquidation analysis of each property and cash on hand.

13. The Debtor is willing to grant replacement liens on rents or collateral acquired by the Debtor after the petition date of the same type, nature or description encompassed within their pre-petition security interest to the Lenders, such liens to be of the same priority as their pre-petition lien.

14. Debtor has no unencumbered assets to fund post-petition operation of its business, pay expenses, purchase supplies or pay vendors. Debtor states that he is unable to obtain in the ordinary course of business or otherwise, unsecured credit allowable under §502 (b)(1) of the Bankruptcy Code as an administrative expense.

15. The Debtor believes that its continued operation is in the best interest of the estate in that it will preserve its going concern value, thereby increasing the likelihood of reorganization and minimizing the disruption caused by the Chapter 11 filing.

16. Debtor is concurrently with the filing, serving this Motion with the attached service list and in the manner stated on the service list.

17. The Debtor requires an expedited hearing on the within Motion to Use Cash and Non-Cash Collateral in order to operate as a Debtor-in-Possession, to pay for miscellaneous supplies, inventory, insurances, and General Manger compensation which are necessary to conduct business whatsoever.

18. The Lenders are adequately protected as the collateral is real estate and the rents are being held for the purpose of the funding the Plan of Reorganization and shall be offered as adequate protection payments to the Bank pursuant to 11 U.S.C. §361.

WHEREFORE, the Debtor respectfully requests the court:

1. Find that the service of this Motion is reasonable and adequate under these circumstances;

2. Enter an order authorizing the Debtor to use cash and non-cash collateral on the basis provided herein, without prejudice to the Debtor's right to seek to modify for other reasons, upon further notice and a hearing; and

3. Grant such other relief as is just and proper.

Respectfully submitted,
Arnel P. LaBranche
By his Attorney,

Robert Osol, Esq.
Melia & Osol
16 Harvard St.
Worcester, MA 01609
508-753-5552
BBO: 380625
rosol@melia-osol.com

## CERTIFICATE OF SERVICE

I, Robert Osol, do hereby certify that on February 5, 2010, I electronically filed with the Clerk of the Bankruptcy Court: EMERGENCY MOTION FOR AUTHORIZATION FOR USE OF CASH AND NON-CASH COLLATERAL and served same in the following manner upon the interested parties in the service list.

Robert Osol, Esq.

## SERVICE LIST

American Express Co.
Bankruptcy Department
P.O. Box 297807
Fort Lauderdale, FL  33329

Arnel P. LaBranche
722 Hyde Park Ave.
Roslindale, MA  02131

BAC Home Loans Servicing, LP
Bankruptcy Department
P.O. Box 5170
Simi Valley, CA  93062-5170

Bank of America
Bankruptcy Department
P.O. Box 22002
Greensboro, NC  27420

Becker Realty, Inc.
Bankruptcy Department
P.O. Box 70
Springerville, AZ  85938

Boston Water & Sewer Commissio
980 Harrison Ave.
P.O. Box 55466
Boston, MA  02205-5466

Brice, Vander Linden & Wernick
9441 LBJ Freeway, Suite 350
Dallas, TX  75243

Chase Card Services
Bankruptcy Department
P.O. Box 15298
Wilmington, DE  19886-5298

Chase Home Finance, LLC
Bankruptcy Department
PO Box 78116
Phoenix, AZ  85062

SEARS/CBSD
Bankruptcy Department
7920 NW 110th St.
Kansas City, MO  64153

CLC Consumer Services Co.
2730 Liberty Ave.
Pittsburgh, PA  15222

Collection Company of America
CCA
P.O. Box 296
Norwell, MA  02061-0296

Countrywide Home Loans
Bankruptcy Dept:  SV-314B
P.O. Box 5170
Simi Valley, CA  93062

Dallas Lucas & William R Lucas
and Gracie Becker
P.O. Box 906
Springerville, AZ  85938

Dodge Financial, Inc.
Trustee of RNS 2008 Realty Tru
P.O. Box 7017
Laconia, NH  03247

Doonan, Graves, & Langoria LLC
100 Cummings Center, Ste. 213C
Beverly, MA  01915

GEMB Money Bank/Bargain
c/o Recovery Managment Systems
25 SE 2nd Ave., Suite 1120
Miami, FL  33131

GEMB/Bargain
Bankruptcy Department
PO Box 103104
Roswell, GA  30076

HFC/HSBC
Bankruptcy Department
10 Wall St.
Burlington, MA  01803

Hyde Park Savings Bank
1196 River St.
Hyde Park, MA  02136

Miralie Labranche
722 Hyde Parke Ave.
Roslindale, MA  02131

NSTAR Electric & Gas
800 Boylston St.
Boston, MA  02199

Ocwen Loan Servicing, LLC
Bankruptcy Department
PO Box 785053
Orlando, FL  32878-5053

Ronald H. Rainer dba Raly Asso
60 VFW Parkway
Revere, MA  02151

Saxon Home Mortgage Services
1270 Northland Drive, Suite 200
Saint Paul, MN  55120

Saxon Mortgage Services
Bankruptcy Department
P.O. Box 161489
Fort Worth, TX  76161-1489

SPRINT
KSOPHJ0101-Z4300
6391 Sprint Parkway
Overland Park, KS  66251-4300

Spruce Tree Mountain Assoc.
Bankruptcy Department
P.O. Box 462
Jackson, NH  03846

Sretenka Sisic
3 Winter St., Apt 13
Tilton, NH  03276

Verizon NW E
PO Box 165018
Columbus, OH  43216

MA Department of Revenue
Bankruptcy Unit
P.O. Box 9564

Boston, MA 02114

City of Boston
Bankruptcy Department
1 City Hall Square, Room 601
Boston, MA 02201


**VIA ECF:**

Internal Revenue Service
John Fitzgerald, Office of the U.S. Trustee

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

IN RE:                                    CHAPTER 11
                                          CASE NO. 10-10666
Arnel P. LaBranche
dba Metro PCS & Wireless

                   **Debtor**

**ORDER ON MOTION FOR AUTHORIZATION
FOR USE OF CASH AND NON-CASH COLLATERAL**

This matter having come before the Court on the Motion for an Order On Motion for Authorization For Use of Cash and Non-Cash Collateral (the "Motion"), and good cause having been shown, it is hereby ORDERED, ADJUDGED and DECREED:

1.   The Debtor is in the primary business of owning and operating real property and the activities incidental thereto.

2.   The Debtor owns seven (7) parcels of real estate of which consists of twenty-two (22) rental units and one (1) owner occupied unit.

3.   There is one (1) UCC-1 Filing Statement filed in connection to 19 Mora St., Dorchester, MA by Hyde Park Savings Bank, the mortgagor of record on the property. The Debtor's obligations under the Notes referred to in the Promissory Note are secured by a first priority security interest in certain of the Debtor's assets, as more particularly described in the Rider to the Financing Statement.

4.   In the course of its operations, the Debtor-In-Possession is authorized to use of the pre-petition cash and non-cash collateral in order to continue to operate and manage the rental properties. In accordance with the requirements of 11 U.S.C. §363 (c)(4), the cash proceeds of the Debtor's operations will be segregated in a separate bank account until such time as the Debtor is authorized to utilize same.

5.   The Debtor-in-Possession's only employment is the maintenance and normal business transactions as a General Manager of the rental units. As a full-time position, the Debtor-in-Possession requests that this court allow a stipend of $600.00 per week in compensation for his position. Other employment is not feasible given the extended hours and schedule of his duties as General Manager of the rental units.

6. The Debtor wishes to utilize cash collateral on a generalized property basis, based on historical and projected expenses for the year with the proposed cram-down mortgage payments.

7. The debtor will file separately the Detail of the Individual Chapter 11 Plan which contains a liquidation analysis of each property and cash on hand.

8. The Debtor will negotiate replacement liens on rents or collateral acquired by the Debtor after the petition date of the same type, nature or description encompassed within their pre-petition security interest to the Lenders, such liens to be of the same priority as their pre-petition lien.

9. Debtor has no unencumbered assets to fund post-petition operation of its business, pay expenses, purchase supplies or pay vendors. Debtor states that he is unable to obtain in the ordinary course of business or otherwise, unsecured credit allowable under §502 (b)(1) of the Bankruptcy Code as an administrative expense.

10. It is believed that the continued operation is in the best interest of the estate in that it will preserve its going concern value, thereby increasing the likelihood of reorganization and minimizing the disruption caused by the Chapter 11 filing.

11. The Lenders are adequately protected as the collateral is real estate and the rents are being held for the purpose of the funding the Plan of Reorganization and shall be offered as adequate protection payments to the Bank pursuant to 11 U.S.C. §361.

12. Other:


Entered at Boston, Massachusetts, this _____ day of February 2010.


_____

Henry J. Boroff
United States Bankruptcy Judge

FORM B6A (Official Form 6A) (12/07)

In re **Labranche, Arnel P.** _____ ,   Case No. _10-_____
                        Debtor(s)                                                        (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 36 Fessenden St., Mattapan, MA 02136<br>3-FAMILY RESIDENTIAL<br>Suffolk County Registry of Deeds<br>DEED: 8/16/2001 $25874/1<br>MTG1: 9/15/2005 38048/303<br>7.5% 30 Year Pay Option ARM<br>$1,995.00 / month<br>Taxes: $3,840.80 per year<br>ARREARS: $12,931.00<br>HELOC: 11/9/2005 38452/250<br>9.00%<br>Homeowners per year: $1,919.00<br>Policy in file | Individually | | $ 227,799.00 | $ 227,799.00 |
| 625 Morton St., Mattapan, MA 02126<br>3-FAMILY RESIDENTIAL<br>Suffolk County Registry of Deeds<br>LAND COURT<br>DEED: 10/26/2004 CERT 121361 DOC 690591<br>MTG1: 8/27/2007 CERT 121361 DOC 741878<br>ASSN: 4/17/2009 CERT 121361 DOC 763887<br>30 year 9.99% ARM<br>P&I:$3926.02<br>Escrow:$869.27<br>ARREARS:$65,000.00<br>Complaint: 10/20/2009 CERT 121361 DOC 770717<br>MTG2: 1/4/2007 CERT 121361 DOC 731245 | | | $ 220,740.00 | $ 220,740.00 |

  2   continuation sheets attached

FORM B6A (Official Form 6A) (12/07)

In re *Labranche, Arnel P.* _____ ,     Case No. _10-_ _____
                        Debtor(s)                                                    (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| In Full by 6/3/2007 Homeowners per Year: $2,813.00 Policy in File | | | | |
| 722 Hyde Park Ave., Roslindale, MA 02131 2-FAMILY RESIDENTIAL Suffolk County Registry of Deeds DEED: 11/16/1999 24413/220 MTG1: 9/27/2004 35553/50 30 year ARM 6% P&I:$2,529.62 Escrow: $578.15 ARREARS: $60,938.91 ARREARS Escrow:$10,984.85 Homeowners per year: $1,537.00 Policy in File | | | $ 268,357.00 | $ 268,357.00 |
| 253 Highland St., Roxbury, MA 02119 3-FAMILY RESIDENTIAL Suffolk County Registry of Deeds DEED: 12/28/1989 16029/296 MTG1: 9/22/2006 40421/75 7.5% FIXED P&I: $2,644.00 Escrow: $287.69 ARREARS: $0.00 Homeowners per year: $1,823.00 Policy in file | Individually | | $ 219,186.00 | $ 219,186.00 |
| 10 Westminster Ave., Roxbury, MA 02119 Suffolk County Registry of Deeds DEED: 11/3/2006 40697/104 Master DEED to Trust: 1/22/2008 42997/233 TRUST: 1/22/2008 42997/245    UNIT ONE       Taxes: $2,782.30 per year        MTG: 1/22/2008 42997/264         ASSN: 1/22/2008 42997/275    UNIT TWO       Taxes:$2,782.30 per year | As Trustees of | | $ 326,190.00 | $ 326,190.00 |

FORM B6A (Official Form 6A) (12/07)

In re **Labranche, Arnel P.**                                            Case No. *10-* _____
                          Debtor(s)                                                          (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|---|
| *MTG: 1/22/2008 42997/281*<br>*CONF MTG: 3/6/2008 43210/91*<br>*ASSN: 1/22/2008 42997/292*<br>*CONF ASSN: 3/6/2008 43210/102*<br>*UNIT 3*<br>*Taxes: $2,782.30 per year*<br>*MTG: 1/22/2008 42997/298*<br>*ASSN: 1/22/2008 42997/309*<br>*PART ASSN: 2/7/2008 43077/125*<br>*PART ASSN: 2/7/2008 43077/127*<br>*PART ASSN: 2/7/2008 43077/129*<br>*MTG2: 1/22/2008 42997/315*<br>*ASSN: 1/22/2008 42997/326*<br>*Homeowners per year: $3,861.00*<br>*Policy in File* | | | | | |
| *19 Mora St., Dorchester, MA 02124*<br>*6-FAMILY RESIDENTIAL*<br>*Cyberhomes: $258,000.00*<br>*Suffolk County Registry of Deeds*<br>*DEED: 5/4/2004 34433/90*<br>*Mtg1: 5/4/2004 34433/91*<br>*P&I: $3,865.81 / month*<br>*Escrow: $458.42 / month*<br>*ARREARS: $0.00*<br>*Homeowners per Year: $3,744.00*<br>*Policy in File* | | | | *$ 258,000.00* | *$ 258,000.00* |
| *251 Highland St., Roxbury, MA 02119*<br>*80-82 Marcella St., Roxbury, MA 02119*<br>*3-FAMILY RESIDENTIAL*<br>*Suffolk County Registry of Deeds*<br>*DEED: 11/4/2005 38419/68*<br>*MTG1: 11/6/2006 40701/157*<br>*ASSN: 2/24/2009 4475/77*<br>*Complaint: 6/25/2009 45133/145*<br>*7.5% FIXED/ 30 year*<br>*P&I: $3,525.00 Taxes:$487.18*<br>*ARREARS: $45,820.71* | | | | *$ 281,972.00* | *$ 281,972.00* |

Sheet No. __2__ of __2__ continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re _Labranche, Arnel P._____,   Case No._10-_____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _ARREARS Escrow: $6,643.14_ | | | | |

Sheet No. _3_ of _2_ continuation sheets attached to Schedule of Real Property

**TOTAL $**   1,802,244.00

(Report also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re Labranche, Arnel P.                                                    Case No. 10-
_____                                          _____
            Debtor(s)                                                                (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1612 <br> Creditor # : 1 <br> BAC Home Loans Servicing, LP <br> Bankruptcy Department <br> P.O. Box 5170 <br> Simi Valley CA 93062-5170 | H | 9/15/2005 <br> Mortgage <br> 36 Fessenden St., Mattapan <br><br> Value: $ 227,799.00 | | | | $ 386,809.00 | $ 159,010.00 |
| Account No: <br> Creditor # : 2 <br> Becker Realty, Inc. <br> Bankruptcy Department <br> P.O. Box 70 <br> Springerville AZ 85938 | H | 2/7/2008 <br> Mortgage 1 <br> 10 Westminster Ave., Unit 3, <br> Roxbury <br> Partial Assign of 1st Mortgage <br> Value: $ 326,190.00 | | | | $ 22,000.00 | $ 22,000.00 |
| Account No: 1163 <br> Creditor # : 3 <br> Chase Home Finance, LLC <br> Bankruptcy Department <br> PO Box 78116 <br> Phoenix AZ 85062 | J | 10/2006 <br> Mortgage <br> 251 Highland St., Roxbury <br><br> Value: $ 281,972.00 | | | | $ 386,944.00 | $ 104,972.00 |

3   continuation sheets attached

|  | Subtotal $ <br> (Total of this page) | $ 795,753.00 | $ 285,982.00 |
|---|---|---|---|
|  | Total $ <br> (Use only on last page) | | |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)  - Cont.

In re Labranche, Arnel P.                                    Case No. 10-___
                    Debtor(s)
                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 0629<br>Creditor # : 4<br>CLC Consumer Services Co.<br>2730 Liberty Ave.<br>Pittsburgh PA 15222 | H | 11/9/2005<br>HELOC<br>36 Fessenden St., Mattapan<br><br>Value: $ 227,799.00 | | | | $ 140,250.00 | $ 140,250.00 |
| Account No:<br>Creditor # : 5<br>Dallas Lucas & William R Lucas<br>and Gracie Becker<br>P.O. Box 906<br>Springerville AZ 85938 | H | 2/7/2008<br>Mortgage 1<br>10 Westminster Ave., Unit 3, Roxbury<br>Partial Assign of  1st Mortgage<br>Value: $ 326,190.00 | | | | $ 100,000.00 | $ 100,000.00 |
| Account No:<br>Creditor # : 6<br>Dallas Lucas & William R Lucas<br>and Gracie Becker<br>P.O. Box 906<br>Springerville AZ 85938 | H | 2/7/2008<br>Mortgage 1<br>10 Westminster Ave., Unit 3, Roxbury<br>Partial Assign of 1st Mortgage<br>Value: $ 326,190.00 | | | | $ 30,000.00 | $ 30,000.00 |
| Account No:<br>Creditor # : 7<br>Dodge Financial, Inc.<br>Trustee of RNS 2008 Realty Tru<br>P.O. Box 7017<br>Laconia NH 03247 | H | 1/22/2008<br>Mortgage<br>10 Westminster Ave., UNIT 1, Roxbury<br><br>Value: $ 326,190.00 | | | | $ 217,000.00 | $ 107,810.00 |
| Account No: 2019<br>Creditor # : 8<br>Hyde Park Savings Bank<br>1196 River St.<br>Hyde Park MA 02136 | H | 5/4/2004<br>Mortgage<br>19 Mora St., Dorchester, MA<br>P&I:$3,865.81 Escrow:$458.42<br>Value: $ 258,000.00 | | | | $ 527,913.47 | $ 269,913.47 |
| Account No: 9756<br>Creditor # : 9<br>Ocwen Loan Servicing, LLC<br>Bankruptcy Department<br>PO Box 785053<br>Orlando FL 32878-5053 | H | 9/22/2006<br>Mortgage<br>253 Highland St., Roxbury<br><br>Value: $ 219,186.00 | | | | $ 460,853.00 | $ 241,667.00 |

Sheet no. 1  of 3  continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ (Total of this page) : $ 1,476,016.47 | $ 889,640.47

Total $ (Use only on last page)

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re **Labranche, Arnel P.**                                    Case No. _10-_____
        **Debtor(s)**                                                              *(if known)*

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *1163*<br>**Creditor # : 10**<br>*Ocwen Loan Servicing, LLC*<br>*Bankruptcy Department*<br>*PO Box 785053*<br>*Orlando FL 32878-5053* | H | *9/27/2004*<br>*Mortgage*<br>*722 Hyde Park Ave., Roslindale*<br><br>Value: *$ 268,357.00* | | | | $ 399,381.00 | $ 131,024.00 |
| Account No: *5096*<br>**Creditor # : 11**<br>*Ronald H. Rainer dba Raly Asso*<br>*60 VFW Parkway*<br>*Revere MA 02151* | H | *1/4/2007*<br>*2nd Mortgage*<br>*625 Morton St., Mattapan*<br>*Paid in Full by 6/3/2007*<br>Value: *$ 220,740.00* | | | | $ 50,000.00 | $ 50,000.00 |
| Account No: *5096*<br>**Creditor # : 12**<br>*Saxon Mortgage Services*<br>*Bankruptcy Department*<br>*P.O. Box 161489*<br>*Fort Worth TX 76161-1489* | H | *8/27/2007*<br>*Mortgage*<br>*625 Morton St., Mattapan*<br><br>Value: *$ 220,740.00* | | | | $ 500,658.00 | $ 279,918.00 |
| Account No: *5096*<br>*Representing:*<br>*Saxon Mortgage Services* | | *Doonan, Graves, & Langoria LLC*<br>*100 Cummings Center, Ste. 213C*<br>*Beverly MA 01915*<br><br>Value: | | | | | |
| Account No: *5096*<br>*Representing:*<br>*Saxon Mortgage Services* | | *Brice, Vander Linden & Wernick*<br>*9441 LBJ Freeway, Suite 350*<br>*Dallas TX 75243*<br><br>Value: | | | | | |
| Account No:<br>**Creditor # : 13**<br>*Spruce Tree Mountain Assoc.*<br>*Bankruptcy Department*<br>*P.O. Box 462*<br>*Jackson NH 03846* | H | *3/6/2008*<br>*Mortgage*<br>*10 Westminster Ave., UNIT 2, Roxbury*<br><br>Value: *$ 326,190.00* | | | | $ 217,000.00 | $ 0.00 |

Sheet no. **2**   of   **3**   continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ *(Total of this page)* | $ 1,167,039.00 | $ 460,942.00

Total $ *(Use only on last page)*

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re **Labranche, Arnel P.**                                                                    Case No. _10-_____

_____,
**Debtor(s)**                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 14<br>Sretenka Sisic<br>3 Winter St., Apt 13<br>Tilton NH 03276 | H | 1/22/2008<br>2nd Mortgage<br>10 Westminster Ave., Unit 3, Roxbury<br>2nd Mortgage<br><br>Value: $ 326,190.00 | | | | $ 64,000.00 | $ 64,000.00 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal $<br>(Total of this page) | $ 64,000.00 | $ 64,000.00 |
|---|---|---|---|
| | Total $<br>(Use only on last page) | $ 3,502,808.47 | $ 1,700,564.47 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

| PROPERTY LOCATION | UNIT / LEASE | Current Monthly Rent | Asking Rent / TENANT Claims Rent | Asking Rent REGULAR # | DIFFERENCE | Original Rent / TERMS | SECURITY DEPOSITS | OCCUPANCY DATE |
|---|---|---|---|---|---|---|---|---|
| 36 Fessenden St, Mattapan | Unit 1 Josh Capella | $1,481.00 | $1,485.00 | $1,481.00 | $ - | 1,200.00 at will | 800E | 7/1/2009-6/30/2010 |
| 36 Fessenden St, Mattapan | Unit 2 Marie/James | $1,339.00 | $1,450.00 | $1,352.00 | 98.00 | 1,450.00 at will | $850.00 | 9/1/2009-8/30/2010 |
| 36 Fessenden St, Mattapan | Unit 3 Chelsea Wallace | $1,352.00 | $1,600.00 | $1,352.00 | 248.00 | 1,000.00 at will | 800E | 11/1/2009-10/1/2010 |
| TOTAL 36 Fessenden St | | $4,172.00 | $4,531.00 | $4,185.00 | 346.68 | 3,750.00 | | |
| 625 Morton St, Mattapan | Unit 1 Fransisco Lugo | $1,664.00 | $1,664.00 | $1,139.00 | 525.00 | 1,150.00 at will | 800E | 10/1/2009-9/30/2010 |
| 625 Morton St, Mattapan | Unit 2 Anna Davis Chery | $1,595.00 | $1,595.00 | $ - | 1,595.00 | 1,250.00 at will | 800E | 11/1/2009-10/30/2010 |
| 625 Morton St, Mattapan | Unit 3 Fernande Genece | $1,620.00 | $1,620.00 | $520.00 | 1,110.00 | 1,000.00 at will | 800E | 8/1/2009-7/30/2010 |
| TOTAL 625 Morton St | | $4,814.00 | $4,814.00 | $1,659.00 | 3,185.68 | 3,400.00 | | |
| 722 Hyde Park Ave., Roslindale | Unit 1 Empty under Renovation | | | | | none | N/A | none |
| 722 Hyde Park Ave., Roslindale | Unit 2 Owner & under Rehab | | | | | none | N/A | 11/01/09 |
| TOTAL 722 Hyde Park | | | | | | | | |
| 253 Highland St, Roxbury | Unit 1 Clara Hernandez | $1,023.00 | $1,023.00 | $1,023.00 | $ - | 1,000.00 at will | 800E | 5/1/2009-4/30/2010 |
| 253 Highland St, Roxbury | Unit 2 Elizabeth Thompson | $769.00 | $1,250.00 | $1,250.00 | $ - | 1,250.00 at will | 800E | 8/2/2009-7/30/2010 |
| 253 Highland St, Roxbury | Unit 3 Kathonne Rodgers | $385.00 | $850.00 | $850.00 | $ - | 850.00 at will | 800E | 12/1/2009-11/30/2010 |
| TOTAL 253 Highland St | | $1,812.00 | $3,123.00 | $3,123.00 | $ - | 3,100.00 | | |
| 10 Westminster Ave., Roxbury | Unit 1 Anthony White | $1,700.00 | $1,700.00 | $1,700.00 | $ - | 1,250.00 at will | 800E | 6/1/2009-5/30/2010 |
| 10 Westminster Ave., Roxbury | Unit 2 Maria Barbosa | $1,700.00 | $1,700.00 | $1,700.00 | $ - | 1,250.00 at will | 850.00 | 10/1/2009-9/30/2010 |
| 10 Westminster Ave., Roxbury | Unit 3 Theresa Herndson | $1,421.00 | $1,421.00 | $1,421.00 | $ - | 1,350.00 at will | 800E | 11/1/2009-10/30/2010 |
| TOTAL 10 Westminster | | $4,821.00 | $4,821.00 | $4,821.00 | $ - | 3,850.00 | | |
| 19 Mora St, Dorchester, MA | Unit Hiram Bueno | $1,162.00 | $1,238.00 | $1,162.00 | 76.08 | 1,150.00 at will | 800E | 8/1/2009-7/30/2010 |
| 19 Mora St, Dorchester, MA | Unit 2 Amani Jova | $933.00 | $1,563.00 | $933.00 | 630.08 | 1,250.00 at will | 800E | 5/1/2009-5/30/2010 |
| 19 Mora St, Dorchester, MA | Unit 3 Robbi Leus | $1,150.00 | $1,150.00 | $1,150.00 | | 1,000.00 at will | 800E | 11/1/2009-10/30/2010 |
| 19 Mora St, Dorchester, MA | Unit 4 Wesley Napier | $1,200.00 | $1,200.00 | $1,200.00 | 174.08 | 1,100.00 at will | 600.00 | 7/1/2009-6/30/2010 |
| 19 Mora St, Dorchester, MA | Unit 5 Daniel Doucette | $1,100.00 | $1,100.00 | $1,100.00 | | 1,050.00 at will | 800E | 2/1/2009-1/30/2010 |
| 19 Mora St, Dorchester, MA | Unit 6 EMPTY | | | | | N/A | N/A | N/A |
| TOTAL 19 Mora St | | $2,095.00 | $6,251.00 | $5,545.00 | 706.08 | 5,550.00 | | |
| 251 Highland St., Roxbury / 86-82 Mascelle St., Roxbury | Unit 1 Johnny Deering | $1,000.00 | $1,000.00 | $1,000.00 | | 1,000.00 at will | 800E | 4/1/2009-3/30/2010 |
| 251 Highland St., Roxbury / 86-82 Mascelle St., Roxbury | Unit 2 Teisha Hamilton | $1,650.00 | $1,476.00 | $1,476.00 | 174.08 | 1,450.00 at will | 800E | 10/1/2009-9/30/2010 |
| 251 Highland St., Roxbury / 86-82 Mascelle St., Roxbury | Unit 3 Sandra Miller (empty soon) | | $1,700.00 | $1,700.00 | (1,708.08) | 1,100.00 at will | 720.00 | 8/1/2009-7/30/2010 |
| TOTAL 251 Highland St | | $2,650.00 | $4,176.00 | $4,176.00 | (1,526.08) | 3,550.00 | | |
| TOTAL PROPERTIES | | | | | | $ 33,300.00 | | |

EXHIBIT B

EXHIBIT C

| PROPERTY LOCATION | MORTGAGE | TERMS | Monthly Payment | ARREARS | VOUCHER | NEW 30 YR 6% |
|---|---|---|---|---|---|---|
| 36 Fessenden St., Mattapan | 1st Mortgage | 7.5%/30 year - 9/15/2005 | $ 1,995.00 | $ 12,931.00 | from credit report | |
| 36 Fessenden St., Mattapan | HELOC | Pay Option ARM | $ 1,006.97 | 2,134.21 | as of 5/22/2008 | |
| 36 Fessenden St., Mattapan | | 9% - 11/9/2005 | 320.07 | | | |
| 36 Fessenden St., Mattapan | TAXES | $3,840.80 per year | | | | |
| 36 Fessenden St., Mattapan | HOMEOWNERS | | | | | |
| 36 Fessenden St., Mattapan | WATER/SEWER | | $ 241.00 | | | |
| 36 Fessenden St., Mattapan | ELECTRIC | | | | | |
| 36 Fessenden St., Mattapan | OIL | | | | | |
| 36 Fessenden St., Mattapan | PHONE | | | | | |
| 36 Fessenden St., Mattapan | Utilities from 2008 Taxes | $3,172.00 | $ 264.33 | | | |
| 36 Fessenden St., Mattapan | TRASH | | | | | |
| 36 Fessenden St., Mattapan | Plowing / Lawn | | 504.00 | | | |
| 36 Fessenden St., Mattapan | Regular Maintenance | | 300.00 | | | |
| 36 Fessenden St., Mattapan | OTHER | | | | | |
| TOTAL 36 Fessenden St. | | | $ 4,631.37 | | | |
| 625 Morton St., Mattapan | 1st Mortgage | 9.99%/30 year ARM | $ 3,926.02 | $ 18,093.10 | as of 10/1/2008 | $ 1,954.00 |
| 625 Morton St., Mattapan | 2nd Mortgage | none | | | | |
| 625 Morton St., Mattapan | TAXES | Escrow:$869.27 | $ 869.27 | 10,009.94 | as of 10/1/2008 | |
| 625 Morton St., Mattapan | HOMEOWNERS | $3,952.00 per year | 329.34 | | as of 5/2/2010 | |
| 625 Morton St., Mattapan | WATER/SEWER | | $ 293.00 | | | |
| 625 Morton St., Mattapan | ELECTRIC | | | | | |
| 625 Morton St., Mattapan | OIL | | | | | |
| 625 Morton St., Mattapan | PHONE | | | | | |
| 625 Morton St., Mattapan | Utilities from 2008 Taxes | $2,189.00 | $ 182.41 | | | |
| 625 Morton St., Mattapan | Plowing / Lawn | | | | | |
| 625 Morton St., Mattapan | Regular Maintenance | | $ 291.67 | | | |
| 625 Morton St., Mattapan | TRASH | | | | | |
| 625 Morton St., Mattapan | OTHER | | | | | |
| TOTAL 625 Morton St. | | | $ 5,891.71 | | | |
| 722 Hyde Park Ave., Roslindale | 1st Mortgage | 6.00%/30 year ARM | $ 2,529.62 | $ 60,938.91 | as of 12/17/2009 | $ 1,873.00 |
| 722 Hyde Park Ave., Roslindale | 2nd Mortgage | none | | | | |
| 722 Hyde Park Ave., Roslindale | TAXES | Escrow: $578.15 | $ 578.15 | 10,984.85 | as of 12/17/2009 | |
| 722 Hyde Park Ave., Roslindale | HOMEOWNERS | $1,537.00 per year | 128.08 | | as of 7/21/2010 | |
| 722 Hyde Park Ave., Roslindale | WATER/SEWER | | $ 60.00 | | | |
| 722 Hyde Park Ave., Roslindale | ELECTRIC | | | | | |
| 722 Hyde Park Ave., Roslindale | OIL | | | | | |
| 722 Hyde Park Ave., Roslindale | PHONE | | | | | |
| 722 Hyde Park Ave., Roslindale | Utilities from 2008 Taxes | | | | | |
| 722 Hyde Park Ave., Roslindale | Plowing / Lawn | | | | | |
| 722 Hyde Park Ave., Roslindale | Regular Maintenance | | | | | |
| 722 Hyde Park Ave., Roslindale | TRASH | | | | | |
| 722 Hyde Park Ave., Roslindale | OTHER | | | | | |

| PROPERTY/LOCATION | MORTGAGE | TERMS | Monthly Payment | ARREARS | VOUCHER | NEW 30 yrs 6% |
|---|---|---|---|---|---|---|
| TOTAL 722 Hyde Park Ave. | | | $ 3,295.85 | | | |
| 253 Highland St., Roxbury | 1st Mortgage | 7.5%/Fixed/30 year | $ 2,644.00 | $ 26,813.74 | as of 6/17/2009 | $ 2,326.00 |
| 253 Highland St., Roxbury | 2nd Mortgage | none | | | | |
| 253 Highland St., Roxbury | TAXES | Escrow: $287.69 | $ 287.69 | $ 13,506.52 | as of 6/17/2009 | |
| 253 Highland St., Roxbury | HOMEOWNERS | | | | | |
| 253 Highland St., Roxbury | WATER/SEWER | | | | | |
| 253 Highland St., Roxbury | ELECTRIC | | $ 182.00 | | | |
| 253 Highland St., Roxbury | OIL | | | | | |
| 253 Highland St., Roxbury | PHONE | | | | | |
| 253 Highland St., Roxbury | Utilities from 2008 Taxes | $2,860.00 | $ 238.33 | | | |
| 253 Highland St., Roxbury | Plowing / Lawn | | | | | |
| 253 Highland St., Roxbury | Regular Maintenance | | $ 164.67 | | | |
| 253 Highland St., Roxbury | MGT FEES | $600.00 / yr | $ 50.00 | | | |
| 253 Highland St., Roxbury | TRASH | $200.00 / month | $ 200.00 | | | |
| 253 Highland St., Roxbury | OTHER | | | | | |
| TOTAL 253 Highland St. | | | $ 3,766.69 | | | |
| 10 Westminster Ave., Roxbury UNIT 1 | 1st Mortgage | none | | | $ 659.00 | |
| 10 Westminster Ave., Roxbury UNIT 1 | 2nd Mortgage | | | | | |
| 10 Westminster Ave., Roxbury UNIT 1 | TAXES | $2,782.30 per year | $ 315.20 | | | |
| 10 Westminster Ave., Roxbury UNIT 1 | HOMEOWNERS | $3,861.00 for 3 units per year | $ 107.25 | | | |
| 10 Westminster Ave., Roxbury UNIT 1 | WATER/SEWER | | $ 40.00 | | | |
| 10 Westminster Ave., Roxbury UNIT 1 | ELECTRIC | | | | | |
| 10 Westminster Ave., Roxbury UNIT 1 | OIL | | | | | |
| 10 Westminster Ave., Roxbury UNIT 1 | PHONE | | | | | |
| 10 Westminster Ave., Roxbury UNIT 1 | Utilities from 2008 Taxes | | | | | |
| 10 Westminster Ave., Roxbury UNIT 1 | Plowing / Lawn | | | | | |
| 10 Westminster Ave., Roxbury UNIT 1 | Regular Maintenance | | | | | |
| 10 Westminster Ave., Roxbury UNIT 1 | TRASH | $200.00 / month | $ 200.00 | | | |
| 10 Westminster Ave., Roxbury UNIT 1 | OTHER | | | | | |
| 10 Westminster Ave., Roxbury UNIT 2 | 1st Mortgage | | | | $ 659.00 | |
| 10 Westminster Ave., Roxbury UNIT 2 | 2nd Mortgage | none | | | | |
| 10 Westminster Ave., Roxbury UNIT 2 | TAXES | $2,782.30 per year | $ 315.20 | | | |
| 10 Westminster Ave., Roxbury UNIT 2 | HOMEOWNERS | $3,861.00 for 3 units per year | $ 107.25 | | | |
| 10 Westminster Ave., Roxbury UNIT 2 | WATER/SEWER | | $ 40.00 | | | |
| 10 Westminster Ave., Roxbury UNIT 2 | ELECTRIC | | | | | |
| 10 Westminster Ave., Roxbury UNIT 2 | OIL | | | | | |
| 10 Westminster Ave., Roxbury UNIT 2 | PHONE | | | | | |
| 10 Westminster Ave., Roxbury UNIT 2 | Utilities from 2008 Taxes | | | | | |
| 10 Westminster Ave., Roxbury UNIT 2 | Plowing / Lawn | | | | | |

| PROPERTY LOCATION | MORTGAGES | TERMS | Monthly Payment | ARREARS | VOUCHER | NEW 30 yes/6% |
|---|---|---|---|---|---|---|
| 10 Westminster Ave., Roxbury  UNIT 2 | Regular Maintenance | | | | | |
| 10 Westminster Ave., Roxbury  UNIT 2 | TRASH | | | | | |
| 10 Westminster Ave., Roxbury  UNIT 2 | OTHER | | | | | |
| 10 Westminster Ave., Roxbury  UNIT 3 | 1 Mortgage - 1st Partial | | | | | |
| 10 Westminster Ave., Roxbury  UNIT 3 | 1 Mortgage - 2nd Partial | | | | | |
| 10 Westminster Ave., Roxbury  UNIT 3 | 1 Mortgage - 3rd Partial | | | | | |
| 10 Westminster Ave., Roxbury  UNIT 3 | 2nd Mortgage | | | | | |
| 10 Westminster Ave., Roxbury  UNIT 3 | TAXES | $2,782.30 per year | $      315.20 | | | |
| 10 Westminster Ave., Roxbury  UNIT 3 | HOMEOWNERS | $3,861.00 for 3 units per year | $      107.25 | | | |
| 10 Westminster Ave., Roxbury  UNIT 3 | WATER/SEWER | | $       40.00 | | | |
| 10 Westminster Ave., Roxbury  UNIT 3 | ELECTRIC | | | | | |
| 10 Westminster Ave., Roxbury  UNIT 3 | OIL | | | | | |
| 10 Westminster Ave., Roxbury  UNIT 3 | PHONE | | | | | |
| 10 Westminster Ave., Roxbury  UNIT 3 | Utilities from 2008 Taxes | | | | | |
| 10 Westminster Ave., Roxbury  UNIT 3 | Plowing / Lawn | | | | | |
| 10 Westminster Ave., Roxbury  UNIT 3 | Regular Maintenance | | | | | |
| 10 Westminster Ave., Roxbury  UNIT 3 | TRASH | | | | | |
| 10 Westminster Ave., Roxbury  UNIT 3 | OTHER | | | | | |
| TOTAL 10 Westminster Ave. | | | $    1,587.35 | | | |
| 19 Mora St., Dorchester, MA | 1st Mortgage | $3,865.81 | $    3,865.81 | | | $   2,946.00 |
| 19 Mora St., Dorchester, MA | 2nd Mortgage | | | | | |
| 19 Mora St., Dorchester, MA | TAXES | Escrow:$458.42 | $      458.42 | | | |
| 19 Mora St., Dorchester, MA | HOMEOWNERS | $3,744.00 per year | $      312.00 | | | |
| 19 Mora St., Dorchester, MA | WATER/SEWER | | $      230.00 | | as of 5/29/2010 | |
| 19 Mora St., Dorchester, MA | ELECTRIC | | | | | |
| 19 Mora St., Dorchester, MA | OIL | | | | | |
| 19 Mora St., Dorchester, MA | PHONE | | | | | |
| 19 Mora St., Dorchester, MA | Utilities from 2008 Taxes | $3,490.00 | $      290.83 | | | |
| 19 Mora St., Dorchester, MA | Management FEE | $4,800.00 / yr | $      400.00 | | | |
| 19 Mora St., Dorchester, MA | Regular Maintenance | | $      363.66 | | | |
| 19 Mora St., Dorchester, MA | Plowing / Lawn | | | | | |
| 19 Mora St., Dorchester, MA | TRASH | $500.00 / month | $      500.00 | | | |
| 19 Mora St., Dorchester, MA | OTHER | | | | | |
| TOTAL 19 Mora St. | | | $    6,420.72 | | | |
| 251 Highland St., Roxbury | | | | | | |
| 80-82 Marcella St., Roxbury | 1st Mortgage | 7.5% FIXED/30 year | $    3,525.00 | $  45,820.71 | as of 12/24/2009 | |
| 251 Highland St., Roxbury | | | | | | |
| 80-82 Marcella St., Roxbury | 2nd Mortgage | none | | | | |

| PROPERTY LOCATION | MORTGAGE | TERMS | Monthly Payment | ARREARS | VOUCHER | NEW 30 yes/6%% |
|---|---|---|---|---|---|---|
| 251 Highland St., Roxbury | | | | | | |
| 80-82 Marcella St., Roxbury | TAXES | Escrow-$487.18 | $ 487.18 | $ 6,643.14 as of 12/24/2009 | | |
| 251 Highland St., Roxbury | | | | | | |
| 80-82 Marcella St., Roxbury | HOMEOWNERS | | | | | |
| 251 Highland St., Roxbury | | | | | | |
| 80-82 Marcella St., Roxbury | WATER/SEWER | | $ 200.00 | | | |
| 251 Highland St., Roxbury | | | | | | |
| 80-82 Marcella St., Roxbury | ELECTRIC | | | | | |
| 251 Highland St., Roxbury | | | | | | |
| 80-82 Marcella St., Roxbury | OIL | | | | | |
| 251 Highland St., Roxbury | | | | | | |
| 80-82 Marcella St., Roxbury | PHONE | | | | | |
| 251 Highland St., Roxbury | | | | | | |
| 80-82 Marcella St., Roxbury | Utilities from 2008 Taxes | $4,780.00 | $ 298.33 | | | |
| 251 Highland St., Roxbury | | | | | | |
| 80-82 Marcella St., Roxbury | Regular Maintenance | | $ 208.17 | | | |
| 251 Highland St., Roxbury | | | | | | |
| 80-82 Marcella St., Roxbury | Plowing / Lawn | | | | | |
| 251 Highland St., Roxbury | | | | | | |
| 80-82 Marcella St., Roxbury | TRASH | $350.00 / month | $ 350.00 | | | |
| 251 Highland St., Roxbury | | | | | | |
| 80-82 Marcella St., Roxbury | OTHER | | | | | |
| TOTAL  251 Highland St./80-82 Marcella | | | $ 5,068.68 | | | |



# The Commonwealth of Massachusetts
## William Francis Galvin

## UCC Public Search Results

Help with Searching

Financing statements remain in this UCC information management system until at least one year after lapse.

To search lapsed filings, click here

### Search Criteria:

| | | | | | |
|---|---|---|---|---|---|
| **Search Type:** | Article 9 | | | | |
| **Normalized Last:** | LABRANCHE | **Normalized First:** | ARNEL | **Normalized Middle:** | INCLUDE ALL |
| **Normalized Suffix:** | INCLUDE ALL | | | | |
| **Last Name:** | labranche | **First Name:** | arnel | **Middle Name:** | INCLUDE ALL |
| **Suffix:** | INCLUDE ALL | | | | |
| **City:** | INCLUDE ALL | **State:** | INCLUDE ALL | | |
| **Start Date:** | INCLUDE ALL | | | | |
| **Include:** | DEBTORS, | | | | |

1   records matched your search criteria on page:  1  of: 1

| Name | Name Type | City | State | Filing Type | Filing Number | Original Filing Number | Filing Date |
|---|---|---|---|---|---|---|---|
| ARNEL LABRANCHE | DEBTOR | ROSLINDALE | MA | UCC-1 | 200429581270 | 200429581270 | 5/5/2004 |

Return to UCC Public Search

Corporations Division Home Page    Contact Us

Copyright 2006 Secretary of the Commonwealth of Massachusetts

LEGAL INFORMATION, DISCLAIMERS & POLICIES

| Filing History |
|---|

| Click here to file a UCC-11 (Request Certified Copy(s) and Listings) |
|---|

| UCC-1 Standard |
|---|

| **UCC Filing Number:** | 200429581270 | **Files:** | 200429581270_1.pdf,2 pgs,52830 |
|---|---|---|---|
| **Filing Date:** | 5/5/2004 11:36:00 AM | | |

☐ **Request Certified Copy**

**Debtor(s)**

| ARNEL LABRANCHE<br>722 HYDE PARK AVE<br>ROSLINDALE MA 02131 | |
|---|---|

**Secured Parties**

| HYDE PARK SAVINGS BANK<br>1196 RIVER ST<br>HYDE PARK MA 02136 | |
|---|---|

| Click to close Filing History Window |
|---|

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Charles A. Young, III 781-890-6999

**B. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Brams, Young & Levinson
470 Totten Pond Road
Waltham, MA  02451

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR  1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| LaBranche | Arnel | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 722 Hyde Park Avenue | Roslindale | MA | 02131 | USA |

| 1d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | Massachusetts | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names   ☑ NONE

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR  2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

| 2d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)   ☐ NONE

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | Hyde Park Savings Bank | | | |
| OR  3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1196 River Street | Hyde Park | MA | 02136 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

See Rider to Financing Statement attached hereto.

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

00000-14-848607

REORDER FROM
Registré, Inc.
914 PIERCE ST
P.O. BOX 318
ANOKA, MN. 55303
(763) 421-1711

RIDER TO FINANCING STATEMENT

DEBTOR:          Arnel LaBranche
                 722 Hyde Park Avenue
                 Roslindale, MA  02131

SECURED PARTY: Hyde Park Savings Bank
               1196 River Street
               Hyde PArk, MA  02136

DESCRIPTION OF COLLATERAL:  All of Debtor's personal property of
every kind and description, whether now owned or existing or
hereafter arising or acquired, and all proceeds and products
thereof, including without limitation all (i) Equipment, (ii)
Fixtures and Furnishings.

     For purposes of the foregoing, the following definitions shall
apply:

     (a)    "Equipment" shall mean all of Debtor's machinery and
equipment of every kind and description, including without
limitation all spare parts, fixtures, accessories, additions and
substitutions thereto or therefor, located at 19 Mora Street,
Suffolk County, Dorchester Massachusetts.

     (b)    "Fixtures and furnishings" shall mean all fixtures,
furniture, equipment, accessories, building materials, supplies,
appliances, furnishings and other materials, goods and items of
every type, nature or description owned by Debtor, including but
not limited to all additions, accessions, substitutions thereto or
therefor, which may, at any time be installed within or placed in,
at, upon or within the land and/or building and improvements
thereon located at 19 Mora Street, Suffolk County, Dorchester,
Massachusetts.

W:\JULIE\04-2645.UCC