# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Arnel P. Labranche          **Case Number:** 10-10666          **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**
#9  Motion (as amended) of Debtor for Use of Cash Collateral

**OUTCOME:**
_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
__✓__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


DENIED WITHOUT PREJUDICE.  THE COURT, SUA SPONTE, ORDERS THE APPOINTMENT OF A CHAPTER 11 TRUSTEE.


IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Henry Jack Boroff
_____               _____ Dated: 02/22/2010
Courtroom Deputy                             Henry J. Boroff, U.S. Bankruptcy Judge